**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7627

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARVIN FITZGERALD WALKER,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District Judge.  (0:02-cr-00684-JFA-1; 0:07-cv-70008-JFA)

Submitted:  January 13, 2011          Decided:  January 21, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvin Fitzgerald Walker, Appellant Pro Se. Leesa Washington, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Fitzgerald Walker appeals the district court's order denying his motion for a certificate of appealability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Walker</u>, Nos. 0:02-cr-00684-JFA-1; 0:07-cv-70008-JFA (D.S.C. Sept. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>